UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN HENDERSON,

                Plaintiff,

-against-

RADEGEN SPORTS MANAGEMENT LLC, and
ALEXANDER RADETSKY, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2025__

25 Civ. 1020 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The Court has been advised that Plaintiff intends to contest removal of this matter. Accordingly,

1. By **March 19, 2025**, Plaintiff shall file his motion to remand;
2. By **April 9, 2025**, Defendants shall file their opposition; and
3. By **April 16, 2025**, Plaintiff shall file his reply, if any.

    SO ORDERED.

Dated: February 26, 2025
       New York, New York

                                          ANALISA TORRES
                                         United States District Judge