UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN HENDERSON,

                    Plaintiffs,

          -against-

RADEGEN SPORTS MANAGEMENT LLC, and
ALEXANDER RADETSKY, individually,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/16/2026

25 Civ. 1020 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Because fact discovery is ongoing, *see* ECF No. 32, the case management conference currently scheduled for June 29, 2026 is ADJOURNED to **August 24, 2026** at **11:00 a.m.** By **August 17, 2026**, the parties shall file a status update in accordance with paragraph 16 of the case management plan. *See* ECF No. 28.

          SO ORDERED.

Dated: June 16, 2026
          New York, New York

_____
          ANALISA TORRES
          United States District Judge